# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>DOWNTOWN WOODINVILLE, a Washington corporation,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C17-253-JPD |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The parties' stipulated motion for dismissal, Dkt. 12, is GRANTED, and this action is dismissed with prejudice and without any further award of attorneys' fees, costs, or expenses to any party.

Dated this 26th day of April, 2017.

                                                           WILLIAM M. McCOOL
                                                         Clerk

                                                   s/ Tim Farrell
                                                 Deputy Clerk